**LAW OFFICES OF KERRY S. SCHAFFER**
Kerry S. Schaffer, SBN 84706
3527 Hacienda Drive
Santa Rosa, CA 95405
TEL: 707.575.4075
FAX: 707.575.8075
Attorney for Plaintiff KATHLEEN SOGA

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Ariana A. Van Alstine, SBN 296624
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants
COUNTY OF NEVADA and ROLF KLEINHANS

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN SOGA | CASE NO. 2:14-cv-01084-KJM-KJN |
| Plaintiff | **STIPULATION AND ORDER REGARDING CONTINUANCE OF TRIAL** |
| v. | |
| COUNTY OF NEVADA, a public entity, ROLF KLEINHANS, and individual, and DOES 1 through 20, inclusive, | Complaint Filed: May 1, 2014 |
| | **TRIAL: 06/13/2016** |
| | **PRE-TRIAL CONFERENCE: 05/18/2016** |
| Defendants | |

Plaintiff KATHLEEN SOGA and Defendants COUNTY OF NEVADA and ROLF KLEINHANS, by and through their respective counsel of record, enter into the following Stipulation regarding the continuation of trial.

## I.
## PROCEDURAL STATUS

Trial was scheduled for May 2, 2016. As a ruling on Defendant's Motion for Summary Judgment is pending, on April 11, 2016, the Court moved the trial date to June 13, 2016, and the

{01542660.DOCX}                                        1
**STIPULATION AND ORDER REGARDING CONTINUANCE OF TRIAL**

Pre-Trial Conference to May 18, 2016.

## II.

## GROUNDS FOR A CONTINUANCE

On the Court's own motion, on April 11, 2016, the trial in this matter was continued to June 13, 2016. A new Pre-Trial Conference was set for May 18, 2016. The new trial date conflicts with other trials both counsel for Plaintiff and counsel for Defendant have at that time. Counsel have met and conferred regarding alternative trial dates. They are both available, along with the witnesses, in early December 2016.

## III.

## REQUEST FOR CONTINUANCE

Based on the foregoing, the parties stipulate and agree to a continuance of the current trial date. It is requested that the trial be continued to the week of December 5th or 12th, 2016.

IT IS SO STIPULATED.

Dated: May 10, 2016          LAW OFFICES OF KERRY S. SCHAFFER

                             By  /s/Kerry S. Schaffer (authorized 04/21/2016)
                                 Kerry S. Schaffer
                                 Attorneys for Plaintiff KATHLEEN SOGA

Dated: May 10, 2016          PORTER SCOTT
                             A PROFESSIONAL CORPORATION

                             By  /s/Carl L. Fessenden
                                 Carl L. Fessenden
                                 Ariana A. Van Alstine
                                 Attorneys for Defendants
                                 COUNTY OF NEVADA and
                                 ROLF KLEINHANS

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

{01542660.DOCX}                           2
**STIPULATION AND ORDER REGARDING CONTINUANCE OF TRIAL**

**ORDER**

After reviewing the parties' stipulation, the documents already submitted in preparation for trial, and having requested further information from the parties on their availability, the parties' stipulation is APPROVED IN PART.  Trial of this matter is reset for **September 12, 2016** at 9 a.m., with the final pretrial conference reset for **August 18, 2016** at 2:30 p.m.

IT IS SO ORDERED.

Date:  May 10, 2016.

_____
UNITED STATES DISTRICT JUDGE